UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
BAY CITY DIVISION

In the Matter of:

ROBERT L. WALDRON SR. and
MARTHA L. WALDRON,

Case No. 09-20568-DSO
Chapter 7
HON. DANIEL S. OPPERMAN

                Debtor(s).           /

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

      Check number 123 represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| First National Bank of Omaha | 18 | $284.81 |

Dated: August 18, 2011

    /s/ **DANIEL C. HIMMELSPACH**
DANIEL C. HIMMELSPACH, Trustee
916 Washington, Ste. 305
Bay City, MI 48708
(989) 892-0400
trusteehimmelspach@gmail.com